■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE TUCKER, Appellant. [757 NYS2d 437] —Judgment, Supreme Court, New York County (Renee White, J.), rendered October 3, 2000, convicting defendant, after a jury trial, of attempted assault in the first degree and assault in the second degree, and sentencing him, as a persistent violent felony offender, to concurrent terms of 20 years to life, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the jury's decision to credit the complaining witness's testimony rather than defendant's (*see People v Gaimari*, 176 NY 84, 94 [1903]).

We perceive no basis for reducing the sentence. Concur— Andrias, J.P., Saxe, Lerner, Friedman and Marlow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE TUCKER, Appellant. [757 NYS2d 438] —Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered on or about December 20, 2000, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur— Andrias, J.P., Saxe, Lerner, Friedman and Marlow, JJ.